UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARY W. PRIESSNITZ,

       Plaintiff,

    v.                                           Case No. 17-C-372

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

       Defendant.

---

**ORDER**

---

Plaintiff Gary Priessnitz has filed a Notice of Appeal of this Court's Decision and Order on his complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed without prepayment of the filing fee on appeal, pursuant to 28 U.S.C. § 1915. It appears from his affidavit of indigence that he lacks the financial resources to pay the filing fee. Accordingly, his motion (ECF No. 27) is **GRANTED** and the filing fee is waived.

    **SO ORDERED** this 2nd day of May, 2018.

                                    s/ William C. Griesbach
                                    William C. Griesbach, Chief Judge
                                    United States District Court